Commonwealth ex rel. Kirson, Appellant, *v.*
Kirson.

Argued December 13, 1965. *Michael H. Egnal,* with him *Arsen Kashkashian,* and *Egnal & Simons,* for appellant; *Maximillian J. Klinger,* for appellee.

  Order affirmed.

  FLOOD, J., absent.

Commonwealth ex rel. Laughlin, Appellant, *v.*
Russell.

Submitted December 13, 1965. *Jay F. Laughlin,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard. S. Lowe,* District Attorney, for appellee.

  Order affirmed.

Commonwealth ex rel. Lear, Appellant, *v.*
Russell.

Submitted December 13, 1965. *Charles Donald Lear,* appellant, in propria persona; *Warren R. Yocum, Jr.,* District Attorney, for appellee.

  Order affirmed.